UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14-cr-01864-DMS |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| DOYMA VANESSA MICHEL, | |
| Defendant | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information as to this defendant in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

DATED: 12-8-14

_____
HONORABLE DANA M. SABRAW
United States District Judge